**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cr-00022** |
| | ) | |
| **YILIBETH DEL CARMEN RIVERO-DE CALDERA et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

By no later than **Monday, November 9, 2026 at 9:00 a.m.**, the Government shall respond to Defendants objections to the Presentence Reports. (Doc. Nos. 398, 400, 403, 406).

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE